

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
655 East Durango Blvd., Suite G - 65
San Antonio, Texas 78206

June 8, 2009

Clerk, U.S. District Court
P.O. Box 23552
Jackson, MS 39225-3552

Southern, Division

SUBJECT:   CASE TRANSFER   1:09cv366 LG-RHW
SA-09-CA-0411-XR / MATTHEW PARR, ET AL. V. SHARON SIGLAS, ET AL.

Dear Clerk:

The above action has been transferred to your court. Enclosed, please find a certified copy of the transfer order and the docket sheet.

You may access electronically filed documents for this case at our DCN/CM/ECF web address:

http://156.124.11.153/MyDocketSheet/Mydocketsheet.aspx

Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of the enclosed transfer order, docket sheet and original documents, if any, by signing and returning the enclosed copy of this letter to the divisional office address at the address listed above.

Sincerely,
WILLIAM G. PUTNICKI, Clerk
United States District Court
Western District of Texas

By: _____
Gina Amaya, Deputy Clerk

RECEIVED
JUN 15 2009
Clerk, U.S. District Court
Southern District of Miss.