CLOSED, PMA

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
### CIVIL DOCKET FOR CASE #: 5:09-cv-00411-XR

Parr et al v. Sigalas et al
Assigned to: Judge Xavier Rodriguez
Cause: 42:1983 Civil Rights Act

Date Filed: 05/22/2009
Date Terminated: 06/05/2009
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Matthew Parr**
*individually*

represented by **Matthew Parr**
2424 Gold Canyon Road
Apt. 1617
San Antonio, TX 78259
210-519-8344
PRO SE

**Plaintiff**

**C.C.H. and A.V.H.**
*minor children, B/N/F Mathhew Parr*

represented by **C.C.H. and A.V.H.**
c/o Matthew Parr
2424 Gold Canyon Road
Apt. 1617
San Antonio, TX 78259
210-519-8344
PRO SE

V.

**Defendant**

**Sharon Sigalas**
*individually and in her official capacity*
*as Judge of the Youth Court of Jackson*
*County*

**Defendant**

**Youth Court of Jackson County**
**Mississippi**

**Defendant**

**Mississippi Department of Human**
**Services**

A true copy of the original, I certify.
Clerk, U. S. District Court

**Defendant**

By _[signature]_
Deputy

**Jill Patrice Jones**
*individually, and in her official capacity as agent of the Mississippi Department of Human Services*

<u>Defendant</u>

**Hardy Jones**
*individually, and in his official capacity as agent of the Mississippi Department of Human Services*

<u>Defendant</u>

**Cynthia Wilson**
*individually, and in his official capacity as Administrator of the Youth Court of Jackson County*

<u>Defendant</u>

**Michael Breland**
*individually, and in his official capacity as prosecutor for the Youth Court of Jackson County*

<u>Defendant</u>

**Harrison County School District**

<u>Defendant</u>

**Elmer Mullins**
*in his official capacity as principal of D'Iberville High School and agent or employee of the Harrison County School District*

<u>Defendant</u>

**Harrison County Sheriff's Department**

<u>Defendant</u>

**Van McClendon**
*individually and in his official capacity as deputy sheriff of the Harrison County Sheriff's Department*

<u>Defendant</u>

**Matt Matthews**
*in his official capacity as supervisor of the Jackson County Division of Child and Family Services*

<u>Defendant</u>

**Laura Taylor**
*in her official capacity as clerk of the*
*Youth Court of Jackson County*

<u>Defendant</u>

**Lena Parker**
*individually and in her Official capacity*
*as social worker for the Mississippi*
*Department of Human Services*

<u>Defendant</u>

**Larry Ellis**
*individually*

<u>Defendant</u>

**Courtney Gibbs**
*individually and in her capacity as an*
*agent of the Mississippi Department of*
*Human Services*

<u>Defendant</u>

**Gaelene Conley**
*individually and in her official capacity*
*as an agent of the Youth Court of*
*Jackson County*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2009 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Mathy (ga) (Entered: 05/22/2009) |
| 05/22/2009 | 1 | COMPLAINT ( Filing fee $ 350 receipt number 500002679), filed by Matthew Parr, C.C.H. and A.V.H.. (Attachments: # 1 Civil Cover Sheet plus receipt)(ga) (Entered: 05/22/2009) |
| 05/22/2009 | 2 | Summons Issued as to Harrison County School District, Elmer Mullins, Harrison County Sheriff's Department, Van McClendon, Matt Matthews, Laura Taylor, Lena Parker, Larry Ellis, Courtney Gibbs, Gaelene Conley, Sharon Sigalas, Youth Court of Jackson County Mississippi, Mississippi Department of Human Services, Jill Patrice Jones, Hardy Jones, Cynthia Wilson, Michael Breland. (ga) (Entered: 05/22/2009) |
| 05/26/2009 | 3 | FIRST AMENDED COMPLAINT against Harrison County School District, Elmer Mullins, Harrison County Sheriff's Department, Van McClendon, Matt Matthews, Laura Taylor, Lena Parker, Larry Ellis, Courtney Gibbs, Sharon Sigalas, Youth Court of Jackson County Mississippi, Mississippi Department of Human Services, Jill Patrice Jones, Hardy Jones, Cynthia Wilson, Michael Breland amending 1 Complaint filed by Matthew Parr, C.C.H. and A.V.H..(rf) (Entered: 05/26/2009) |
| | | |

| 05/26/2009 | 4 | EMERGENCY MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction by Matthew Parr, C.C.H. and A.V.H.. (rf) (Entered: 05/26/2009) |
|---|---|---|
| 05/26/2009 | 5 | EMERGENCY MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction by Matthew Parr, C.C.H. and A.V.H.. (rf) (Entered: 05/26/2009) |
| 05/26/2009 | 6 | EMERGENCY MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction by Matthew Parr, C.C.H. and A.V.H.. (rf) (Entered: 05/26/2009) |
| 05/28/2009 | 7 | ORDER DENYING 4 Motion for TRO; DENYING 4 Motion for Preliminary Injunction; DENYING 5 Motion for TRO; DENYING 5 Motion for Preliminary Injunction; DENYING 6 Motion for TRO; DENYING 6 Motion for Preliminary Injunction Signed by Judge Xavier Rodriguez. (rf) (Entered: 05/28/2009) |
| 05/28/2009 | 8 | MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction by Matthew Parr. (rf) (Entered: 05/28/2009) |
| 05/29/2009 | 9 | ORDER DENYING 8 Motion for TRO; DENYING 8 Motion for Preliminary Injunction. Signed by Judge Xavier Rodriguez. (rf) (Entered: 05/29/2009) |
| 06/01/2009 | 10 | MOTION to Transfer Venue by Matthew Parr. (rf) (Entered: 06/01/2009) |
| 06/05/2009 | 11 | ORDER GRANTING 10 Motion to Change Venue and Transfers this action to the United States District Court for the Southern District of Mississippi. Signed by Judge Xavier Rodriguez. (ga) (Entered: 06/08/2009) |